# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff. | No. 22 – CR – 10043 |
| | Hon. Billy Joe McDade, |
| v. | United States District Judge, |
| | Presiding |
| ANTHONY ATKINS, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, ANTHONY ATKINS, appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment and order imposed on August 22, 2023.

                                        Respectfully Submitted,
                                        ANTHONY ATKINS, Defendant

                                        THOMAS W. PATTON
                                        Federal Public Defender

BY:   /s/Jessica P. Douglas
        NE Atty# 22647
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, IL 61602
        Phone: 309-671-7897
        FAX:   309-671-7898
        Email: Jessica_douglas@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy was also mailed to the Defendant.

/s/Jessica P. Douglas
NE Atty# 22647
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7897
FAX:   309-671-7898
Email: Jessica_douglas@fd.org